UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE ANTHONY CUEVAS,

        Petitioner,                       No. C 03- 5762 PJH (PR)

  vs.                                     **JUDGMENT**

GEORGE GALAZA,  Warden,

        Respondent.

                                  /

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated:  September 24, 2007.

                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge

G:\PRO-SE\PJH\HC.03\CUEVAS5762.JUD.wpd